

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00198-CV

| | | |
|---|---|---|
| Mary T. Ard | § | From Probate Court No. 1 |
| | | |
| v. | | |
| | § | of Tarrant County (2002-1286-A-1) |
| Edward R. Hudson, Jr. and William A. Hudson, II, Individually and as Co-Executors of the Estate of Josephine T. Hudson, Deceased, and as Co-Trustees of the Edward R. Hudson Trust No. One, Frost National Bank, Josephine Terrell Ard Rensch, and | § | August 20, 2015 |
| E. Randall Hudson III | § | Opinion by Justice Dauphinot |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is reversed in part. That portion of the trial court's judgment concluding that Appellees Edward R. Hudson, Jr. and William A. Hudson, II, Individually and as Co-Executors of the Estate of Josephine T. Hudson, Deceased, and as Co-Trustees of the Edward R. Hudson Trust No. One; Josephine Terrell Ard Rensch; and E. Randall Hudson III (the Hudsons) did not violate the forfeiture clause as a matter of law stands. We reverse the

remainder of the trial court's judgment and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that the Hudsons shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot